IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

SOPHIA S. HOUR,

    Plaintiff,

v

MEIJER STORES LIMITED PARTNERSHIP,

    Defendant.

Hon. Judge Joseph S. Van Bokkelen
Magistrate Judge Susan L. Collins

File No. 1:16-cv-00272

_____/

Thomas M. Miller (P37746)
Senior Counsel- Labor & Employment
Meijer Legal Department
2929 Walker Avenue, N.W.
Grand Rapids, MI 49544
616-791-3007
tom.miller@meijer.com
Attorney for Defendant

Samuel L. Bolinger, #10786-98803
S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
260-407-0040
mark@slbolingerlaw.com
Attorney for Plaintiff

_____/  _____/

## STIPULATION TO DISMISS AND SUBMIT CASE TO FINAL AND BINDING ARBITRATION

Pursuant to the parties' agreement to submit Ms. Hour's claims to binding arbitration under Meijer's Dispute Resolution Procedure, the parties agree that the Court may dismiss this case with prejudice. Each party retains the right to file an action to enforce the arbitration agreement or to confirm and enforce the arbitration award.

Respectfully submitted,

Dated: July __, 2016

By: /s/ Thomas M. Miller
Thomas M. Miller (MI-P37746)
Attorney for Defendant

Dated: July __, 2016

By: _____
Samuel L. Bolinger, #10786-98803
Attorney for Plaintiff